## BELL et al. v. BLOCH.
### No. 10104.

Circuit Court of Appeals, Sixth Circuit.

Jan. 7, 1946.

Charles Morris, of Louisville, Ky. (Carl K. Helman and Morris & Garlove, all of Louisville, Ky., on the brief), for appellants.

J. Paul Keith, Jr., and Herman Cohen, both of Louisville, Ky. (J. Paul Keith, Jr.,

Jones, Keith & Jones, and Cohen & Fisher, all of Louisville, Ky., on the brief), for appellee.

Before HICKS and MARTIN, Circuit Judges, and PICARD, District Judge.

PER CURIAM.

Appellee brought suit against appellants for overtime work under the Fair Labor Standards Act of 1938, 29 U.S.C.A. § 201 et seq. The case was tried by the court without the intervention of a jury and appellee recovered a judgment for $596.16 with interest at 6% per annum from April 12, 1945, until paid, and for the further sum of $596.16 as liquidated damages with interest at 6% per annum from April 12, 1945, until paid, together with costs.

The judgment appealed from is affirmed upon the grounds and for the reasons set forth in the Findings of Fact and Conclusions of Law filed by the District Judge on April 16, 1945, except in one particular. The judgment was erroneous in so far as it allowed a recovery of interest upon the item of unliquidated damages. J. F. Fitzgerald Construction Co. v. Pedersen, 324 U.S. 720, 65 S.Ct. 892.

The case will be remanded to the District Court for correction of the judgment as herein indicated.